# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 24, 2014

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242

    No. 13-10332    Austin Eversole v. William Stephens, Dir  
                    USDC No. 3:11-CV-1478

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____  
                Charlene A. Vogelaar, Deputy Clerk  
                504-310-7648

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Austin Dylan Eversole
        v. William Stephens, Director, Texas Department of Criminal
        Justice, Correctional Institutions Division
        No. 13-7702
        (Your No. 13-10332)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk